453 A.2d 956

**COMMONWEALTH of Pennsylvania**

v.

**Richard Franklin SINGLETARY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Dec. 30, 1982.

William P. Fedullo, (Court-appointed), Philadelphia, for appellant.

Gaele McLaughlin Barthold, Alan Sacks, Asst. Dist. Attys., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM:

Affirmed.